Receipt # 100019905

AO 241
(Rev. 06/13)


FEB 21 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District of Alaska |
|---|---|
| Name (under which you were convicted): Jared Joseph Kowalski | Case No.: 3:23-cv-00036-SLG |
| Place of Confinement: Goose Creek Correction Center | Prisoner No.: 596410 |
| Petitioner (include the name under which you were convicted) Jared Kowalski | Respondent (authorized person having custody of petitioner) v. Earl Houser, Alaska Dep't of Corrections |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

    Alaska Superior Court
    825 W. 4th Ave.
    Anchorage, AK. 99503

    (b) Criminal docket or case number (if you know): 3AN-11-13470 CR

2. (a) Date of the judgment of conviction (if you know): 5 AUG 2013

    (b) Date of sentencing: 12 DEC 2013

3. Length of sentence: 47 years / 5 years suspended

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

    ① AS 11.41.434 (a)(1)
    ② AS 11.41.434 (a)(1)
    ③ AS 11.41.434 (a)(1)
    ④ AS 11.41.436 (a)(2)

6. (a) What was your plea? (Check one)

    ☒ (1) Not guilty ☐ (3) Nolo contendere (no contest)
    ☐ (2) Guilty ☐ (4) Insanity plea

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

    (c) If you went to trial, what kind of trial did you have? (Check one)

        ☒ Jury     ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☒ Yes     ☐ No

8. Did you appeal from the judgment of conviction?

    ☒ Yes     ☐ No

9. If you did appeal, answer the following:

    (a) Name of court: Alaska Court of Appeals

    (b) Docket or case number (if you know): A-13496

    (c) Result: Affirmed

    (d) Date of result (if you know): 1 MAR 2017

    (e) Citation to the case (if you know): Kowalski v. State, 2017 WL 838635

    (f) Grounds raised:

① Ineffective Assistance of Counsel

② Illegal sentence due to violations of Federal Constitution and Alaska State Constitution

    (g) Did you seek further review by a higher state court?     ☒ Yes     ☐ No

        If yes, answer the following:

        (1) Name of court: Alaska Supreme Court

        (2) Docket or case number (if you know):

        (3) Result: Denied

        (4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

Request for hearing

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☒ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Alaska Superior Court

(2) Docket or case number (if you know): 3AN-18-04490 CI

(3) Date of filing (if you know):

(4) Nature of the proceeding: Post-conviction relief

(5) Grounds raised:

① Ineffective Assistance of Counsel
② Illegal Sentence due to violations of federal constitution and Alaska State Constitution

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☒ No

(7) Result:

(8) Date of result (if you know):

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

        (4) Nature of the proceeding:

        (5) Grounds raised:

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

          ❑ Yes    ❑ No

        (7) Result:

        (8) Date of result (if you know):

    (c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

        (4) Nature of the proceeding:

        (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☒ Yes ☐ No

(2) Second petition: ☐ Yes ☐ No

(3) Third petition: ☐ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial attorney failed to present evidence/testimony that he promised the jury.

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) **Direct Appeal of Ground One:**

　　(1) If you appealed from the judgment of conviction, did you raise this issue?　☒ Yes　☐ No

　　(2) If you did not raise this issue in your direct appeal, explain why:


(d) **Post-Conviction Proceedings:**

　　(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

　　　☒ Yes　☐ No

　　(2) If your answer to Question (d)(1) is "Yes," state:

　　Type of motion or petition: Post-Conviction relief

　　Name and location of the court where the motion or petition was filed: Alaska Superior Court 825 W. 4th Ave, Anchorage, AK. 99503

　　Docket or case number (if you know): 3AN-18-04490 CI

　　Date of the court's decision:

　　Result (attach a copy of the court's opinion or order, if available):


　　(3) Did you receive a hearing on your motion or petition?　☐ Yes　☒ No
　　(4) Did you appeal from the denial of your motion or petition?　☒ Yes　☐ No
　　(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?　☒ Yes　☐ No
　　(6) If your answer to Question (d)(4) is "Yes," state:

　　Name and location of the court where the appeal was filed: Alaska Court of Appeals

　　Docket or case number (if you know): A-13496

　　Date of the court's decision: 25 MAY 2022

　　Result (attach a copy of the court's opinion or order, if available):
　　Denial Affirmed


　　(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

Petition for hearing to Alaska Supreme Court - Denied 24 OCT 2022

**GROUND TWO:** Illegal sentence due to violations of federal constitution and Alaska state constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Alaska legislature illegally enacted AS 12.55.127. (concurrent and consecutive sentencing) Any sentence modifications passed down on a sentence due to this statute is illegal.

(b) If you did not exhaust your state remedies on Ground Two, explain why:




(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

The proper vehicle for challenging this issue for the first time is post-conviction relief.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction relief

Name and location of the court where the motion or petition was filed:

Alaska Superior Court
825 W. 4th Ave,
Anchorage, AK. 99503

Docket or case number (if you know): 3AN-18-04490 CI

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
Denial Affirmed

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Alaska Court of Appeals

Docket or case number (if you know): A-13496

Date of the court's decision: 25 MAY 2022

Result (attach a copy of the court's opinion or order, if available):
Affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

Petition for hearing to Alaska Supreme Court
— Denied 24 OCT 2022

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ❏ Yes ❏ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ❏ Yes ❏ No

(4) Did you appeal from the denial of your motion or petition? ❏ Yes ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❏ Yes ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

　　　　(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)　　**Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)　　**Direct Appeal of Ground Four:**
　　　　(1) If you appealed from the judgment of conviction, did you raise this issue?　　❏ Yes　　❏ No
　　　　(2) If you did not raise this issue in your direct appeal, explain why:

(d)　　**Post-Conviction Proceedings:**
　　　　(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
　　　　　　❏ Yes　　❏ No
　　　　(2) If your answer to Question (d)(1) is "Yes," state:
　　　　Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ❏ Yes ❏ No

(4) Did you appeal from the denial of your motion or petition? ❏ Yes ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❏ Yes ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☒ Yes  ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing:

    (b) At arraignment and plea:

    (c) At trial: Adam Franklin

    (d) At sentencing: Adam Franklin

    (e) On appeal: Elizabeth Friedman

    (f) In any post-conviction proceeding: Initial PCR: Gazewood & Weiner
    PCR dismissal appeal: Michael Horowitz

    (g) On appeal from any ruling against you in a post-conviction proceeding:

    Michael Horowitz

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☒ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

- Direct Appeal
- Initial PCR After dismissal of Direct appeal
- PCR dismissal appeal

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

 (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

 (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

 (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

 (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

- Vacate Mr. Kowalski's conviction and remand for re-trial
- Alternatively, Vacate the sentence and remand for resentencing without using the illegally enacted statute AS 12.55.127 (Concurrent and Consecutive Sentencing Statute)

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on    2-12-2023    (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Case 3:23-cv-00036-SLG    Document 1    Filed 02/21/23    Page 15 of 16

Jared Kowalski #596410
Goose Creek Correction Center
22301 W. Alsop Rd.
Wasilla, AK, 99623

U.S. District Court
222 West 7th Ave. #4
Anchorage, AK,
99513

